No. 65321.—Pennsylvania Textile Corp. and Air Clearance Ass'n, Inc. *v.* United States, protests 177096–K and 183795–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C.C.P.A. 136, C.A.D. 585), the claim of the plaintiffs was sustained.